OSCAR POWERS, as Trustee in Bankruptcy of ELIAS PUTTERMAN et al., Individually and as Copartners under the Firm Name of MODERN BRASS NOVELTY COMPANY, Appellant, v. FINANCE COMPANY OF AMERICA AT BALTIMORE, Respondent.

(Argued May 12, 1932; decided June 7, 1932.)

*Copal Mintz* for appellant.

*Milton P. Kupfer* and *Eli S. Silberfeld* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: POUND, Ch. J., CRANE, LEHMAN, KELLOGG, O'BRIEN, HUBBS and CROUCH, JJ.